UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALTICOR INC., a Michigan corporation, and AMWAY CORP., a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HAPPY VALLEY ZBB INC, a California corporation, and BO ZHENG, a natural person,<br><br>Defendants. | Case No. 1:23-cv-00071-JMB-PJG<br><br>Hon. Jane M. Beckering<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs Alticor Inc. and Amway Corp. (collectively, "Plaintiffs") and defendants Happy Valley ZBB Inc and Bo Zheng (collectively, "Defendants") (together with Plaintiffs, "the Parties") jointly submit this motion for entry of stipulated final judgment and a permanent injunction.  In support, the Parties state as follows:

1. Plaintiffs filed their original complaint in this action on January 19, 2023.  (ECF No. 1, PageID.1-42.)  In their original complaint, Plaintiffs named Dan Wang, Happy Valley ZBB Inc, and Guihua Zhao as defendants.  (*See id.*)

2. On April 10, 2023, Plaintiffs dismissed Defendant Guihua Zhao from this action without prejudice.  (ECF No. 9, PageID.99.)

3. On August 21 2023, Plaintiffs filed an amended complaint that named Dan Wang, Happy Valley ZBB Inc, and Bo Zheng as defendants.  (ECF No. 22, PageID.190-233.)

4. Also on August 21, 2023, Plaintiffs dismissed Dan Wang from this action with prejudice.  (ECF No. 23, PageID.234-235.)

5. The Parties have reached an agreement on settlement terms that will resolve this case in full.  The Parties' settlement is conditioned on this Court entering the proposed Stipulated Final Judgment and Permanent Injunction that has been submitted with this motion.

6. Accordingly, the Parties hereby request that this Court enter the proposed Stipulated Final Judgment and Permanent Injunction and retain jurisdiction over this matter only for the purpose of enforcing and/or adjudicating claims that a party has violated the Stipulated Final Judgment and Permanent Injunction.

7. Because Dan Wang has been dismissed from this action with prejudice, granting this motion and entering the proposed Stipulated Final Judgment and Permanent Injunction will resolve all claims against all remaining parties in this case and allow for closure of this case.

Dated: August 21, 2023                                    Respectfully submitted,

*/s/ Dean W. Amburn*
Dean W. Amburn (P46427)
AMBURN LAW
400 Renaissance Center, Suite 2111
Detroit, MI 48243
(248) 261-2111
dwa@amburnlaw.com

*Attorneys for Defendants Dan Wang
and Happy Valley ZBB Inc*


*/s/ Daniel C.F. Wucherer*
Daniel C.F. Wucherer                             Edward J. Bardelli (P53849)
Ohio Bar No. 0097210                             WARNER NORCROSS + JUDD LLP
VORYS, SATER, SEYMOUR AND PEASE LLP   1500 Warner Bldg.
301 E. Fourth Street, Suite 3500                 150 Ottawa Ave. NW
Cincinnati, OH 45202                             Grand Rapids, Michigan 49503
(513) 723-4093                                   (616) 752-2000
dcwucherer@vorys.com                             ebardelli@wnj.com

*Attorneys for Plaintiffs Alticor Inc.
and Amway Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on August 21, 2023.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                */s/ Daniel C.F. Wucherer*
                                                Daniel C.F. Wucherer